IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTA MCCLANAHAN and JESSICA STINSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:19-cv-00163 ) Judge Crenshaw/Frensley |
| MEDICREDIT, INC., | ) ) |
| Defendant. | ) |

## ORDER

This matter is now before the Court upon Plaintiffs' Motion for Leave to File First Amended Complaint. Docket No. 27. Plaintiff has also filed a Supporting Memorandum. Docket No. 27-1. Defendant has filed a Response in Opposition. Docket No. 28. On or before September 23, 2019, Plaintiff is ORDERED to file a Reply brief, not to exceed five pages. The Reply brief must address Defendant's argument that Plaintiffs' proposed amendment to add claims against John Does 1 and 2 should be denied as futile. The Reply brief must also include certification, pursuant to Local Rule 7.01(a), that Plaintiffs' counsel has conferred with opposing counsel in relation to the Motion and the relief requested.

IT IS SO ORDERED.

_____
Jeffery S. Frensley
United States Magistrate Judge