

**Consumer Financial
Protection Bureau**   (https://www.consumerfinance.gov/)

❮ All complaints (.)

# 180508-3122167
**CLOSED**

✓ **Submitted**

**STATUS**
Submitted to the CFPB on 5/8/2018

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

I received a letter from Medicredit re: Jessica Stinson who is an adult. I called them and told them that I was not responsible for this debt. They opened a dispute with the medical center, more than 60 days again and it has not been resolved. (Centennial Medical Center). In addition, they have continued to try to collect the debt from me. I have advised them again today that it is not my debt and they have not provided proof or resolved my complaint and should not be sending me any correspondence about this debt. In addition, they are violating HIPAA as they have disclosed a date of service and location of services of an adult patient.

**ATTACHMENTS**

paige.jpg (90.8 KB)

View full complaint ⊕



## Referred

**STATUS**

CFPB referred complaint to the Federal Trade Commission (FTC) on 5/30/2018

**REFERRED TO**

Federal Trade Commission

We referred your complaint to the Federal Trade Commission.

We reviewed your complaint and weren't able to forward it to the company for a response either because the company is not on our complaint system, or because we do not currently handle complaints about this product or issue.

We also entered your complaint into the Consumer Sentinel Network, a secure online database operated by the Federal Trade Commission. Civil and criminal law enforcement authorities worldwide, including Consumer Financial Protection Bureau investigators, use the Consumer Sentinel Network to identify questionable business practices that may lead to investigations and prosecutions.

---

### Options to consider

The CFPB can't give legal advice or represent individuals in legal matters. For additional help you can contact a private attorney. Or, contact your local legal aid office to see if free or low-cost legal aid is available to you. Visit the Legal Services Corporation website at lsc.gov (http://www.lsc.gov/) to see what's available in your area.



## Sent to company

**STATUS**

Sent to company on 7/3/2018

We've sent your complaint to the company, and we will let you know when they respond.

Case 3:19-cv-00168 Document 33-1 Filed 09/24/19 Page 2 of 2 PageID #: 160