UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTA MCCLANAHAN and<br>JESSICA STINSON,<br><br>    Plaintiffs,<br><br>v.<br><br>MEDICREDIT, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  NO. 3:19-cv-00163<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File a Motion for Partial Summary Judgment (Doc. No. 41). Pursuant to the Court's Initial Case Management Order, Plaintiffs are required to file this separate motion providing justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties, counsel and the Court. (Doc. No. 22 at 3-4.) Plaintiffs argue that their motion could resolve all issues of liability, and that it "is only partial in that it seeks to reserve the issue of damages for the jury." (Doc. No. 41 at 1-2). Plaintiffs further contend that "[d]iscovery has been concluded in this matter," and that "establishing liability . . . likely could lead to disposition of this case through settlement and without trial." (Id. at 2-3.)

Having reviewed Plaintiffs' motion, the Court finds that there is sufficient justification for Plaintiffs to file a motion for partial summary judgment. Accordingly, Plaintiffs' Motion for Leave to File a Motion for Partial Summary Judgment (Doc. No. 41) is **GRANTED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE