# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTA MCCLANAHAN & JESSICA STINSON, <br><br> Plaintiff, <br><br> vs. <br><br> MEDICREDIT, INC. <br><br> Defendant. | Case No. 3:19-cv-163 |

## DEFENDANT MEDICREDIT, INC.'S WITNESS LIST

Defendant Medicredit, Inc. ("Medicredit") by counsel, hereby serves its list of witnesses that may be relied upon by Medicredit at the trial of this action, other than witnesses to be used solely for the purposes of impeachment or rebuttal, as follows:

1. Plaintiff Marta McClanahan (If called, testimony is expected to last 1 hour);

2. Plaintiff Jessica Stinson (If called, testimony is expected to last 1 hour);

3. Don Wright, a representative of Medicredit to testify on behalf of the corporation, (If called, testimony is expected to last 1 hour);

4. A representative of HSS Systems, LLC (If called, testimony is expected to last 15 minutes).

Respectfully submitted,
SPENCER FANE LLP

By: *s/ Jamie N. Cotter*
Jamie N. Cotter
1700 Lincoln Street, Suite 2000
Denver, CO 80303
Telephone: 303-839-3800
Fax: 303-839-3838
Email: jcotter@spencerfane.com
ATTORNEYS FOR MEDICREDIT, INC.

## CERTIFICATE OF MAILING

I hereby certify that on the 28th day of August 2020, I caused a true and correct copy of the foregoing to be electronically served by the Court on the following counsel of record:

Brent S. Snyder, Esq., BPR #021700
2125 Middlebrook Pike
Knoxville, TN 37921
Brentsnyder77@gmail.com

William M. Kaludis, Atty.
SHIELD LAW GROUP
BPR #017433
1230 2nd Ave. S.
Nashville, TN 37210-4110
bill@shieldlawgroup.com
Attorneys for Plaintiff

/s/ Jamie N. Cotter