UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTA MCCLANAHAN and JESSICA STINSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:19-cv-00163 ) ) |
| MEDICREDIT, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

The telephone status conference set for October 30, 2020, is RESCHEDULED to **November 5, 2020,** at 11:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE