UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTA MCCLANAHAN and<br>JESSICA STINSON,<br><br>    Plaintiffs,<br><br>v.<br><br>MEDICREDIT, INC.,<br><br>    Defendant. | No. 3:19-cv-00163 |

## ORDER

Based upon the Joint Notice on Settlement and Mediation (Doc. No. 90), the remaining parties shall proceed to mediation before Judge Randall Marshburn, who has discretion to conduct the mediation as he determines is best.

The Clerk shall provide a copy of this Order to Judge Marshburn.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE