UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTA McCLANAHAN and JESSICA STINSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MEDICREDIT, INC., | ) ) |
| Defendant. | ) ) |

NO. 3:19-cv-00163

## ORDER

A telephone status conference was held on February 5, 2021. For the reasons stated, the pretrial conference scheduled for February 8, 2021 is CONTINUED to **April 12, 2021**, at 9:00 a.m. All lawyers who will participate in the trial must attend the pretrial conference. The parties shall submit a revised joint pretrial order reserving Jessica Stinson's attorney's fees by noon on **February 11, 2021**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE